UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:99-cr-0145-PMP-RJJ |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| AMELIA BENNETT, | |
| Defendant. | |

This matter is before the Court to clarify the order of restitution previously entered as part of the Judgment filed in this criminal case ("Judgment") (ECF No. 135), following the sentencing held on June 1, 2001 (ECF No. 133). Upon further review of the restitution order in this case, the specific information needed to complete the order of restitution was not made a part of the Judgment. The Court thus finds good cause exists to modify the restitution order to clarify to whom Defendant owes restitution.

It is therefore ordered that Defendant must make restitution to the following payees in the following amounts:

**Name of Payee:** SOCIAL SECURITY ADMINISTRATION

**Amount of Restitution:** $73,364.55

**Name of Payee:** U S DEPT VETERANS AFFAIRS

**Amount of Restitution:** $28,509.45

**Total Amount of Restitution ordered:**  $101,874.00

DATED THIS 20th day of July 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE